UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALEX JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-5021** |
| **SGT. LARRY JACKSON, LT. R. STEADMAN, INDIVIDUAL/OFFICIAL CAPACITIES** | **SECTION "J"(3)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter with the exception that the Court does not adopt the Magistrate Judge's recommendation that the complaint be dismissed with prejudice for the purpose of the plaintiff proceeding in forma pauperis. Therefore,

**IT IS ORDERED** that the Motion for Summary Judgment (Rec. Doc. No. 20) filed by the defendants, Sergeant Larry Jackson, Lieutenant R. Steadman, and Captain Darryl Mizzel, is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff Alex Jackson's 42 U.S.C. § 1983 complaint and the amended complaint against the defendants, Sergeant Jackson, Lieutenant Steadman, Captain

Mizzel, Christine Moses, and Joey Rawls, be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies as required under 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 12th day of May, 2009.

_____
**UNITED STATES DISTRICT JUDGE**